JAMES BRADY, Appellant, v JEFFREY KATZ et al., Respondents.

JAMES BRADY, Appellant, v 450 WEST 31ST STREET OWNER'S CORP. et al., Respondents.

Submitted May 26, 2015; decided June 25, 2015

---

Motion for reargument of motion for leave to appeal denied [*see* 25 NY3d 979 (2015)]. Motion for a stay dismissed as academic.